Jeffrey HILGERT and Susan Hilgert,
Petitioners/Appellants,

v.

MISSOURI DIVISION OF FAMILY SERVICES, Respondent/Respondent.

No. 68661.

Missouri Court of Appeals,
Eastern District,
Division One.

April 9, 1996.

Ronald F. Laboe, Craig & Laboe, St. Louis, for appellant.

Cathlin H. Severance, Department of Social Services, Division of Legal Services, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Father and mother appeal after the denial of their petition in equity to have their names removed from the Child Abuse Registry. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only,

setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).